UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| FRESCO PLASTER FINISHES, INC., ) | Case No. 11-22361 |
| ) | |
| PALLADIO WALL SYSTEMS, INC. ) | Case No. 11-22369 |
| ) | |
| Debtors/Debtors-in-Possession ) | JOINT ADMINISTRATION |
| ) | |
| ) | Chapter 11 |
| ) | Honorable A. Benjamin Goldgar |

## NOTICE OF MOTION

TO:    SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on the 13th day of March, 2013, at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable A. BenjaminGoldgar in Courtroom 642 in the United States Courthouse, 219 S. Dearborn, Chicago, Illinois, or before any other Bankruptcy Judge who may be presiding in said Judge's place and stead, and shall then and there move the Court for the entry of an order in accordance with the attached motion at which time you may appear if you so desire.

/s/ Joel A. Schechter

Joel A. Schechter
Attorney No. 03122099
Law Offices of Joel A. Schechter
53 W. Jackson Blvd., Suite 1522
Chicago, IL   60604; (312) 332-0267

## CERTIFICATE OF SERVICE

The undersigned being first duly sworn on oath deposes and says that he served the above and foregoing notice and attached motion on the above parties, via first class mail, postage prepaid, on the 5th day of March, 2013, before the hour of 6:00 p.m. from 53 W. Jackson Blvd., Chicago, Illinois  60604.

/s/Joel A. Schechter

American Express
PO Box 804247
Chicago, IL 60680

Arrow Rentals
1148 North Lemon Street
Orange, CA 92867

Berland's House of Tools
1530 Centre Circle Drive
Downers Grove, IL 60515

Cary Company
1195 West Fullerton
Addison, IL 60101

Crescent Bronze
PO Box 1007
Oshkosh, WI 54903

Dam, Snell & Taveirne
1512 Artaius Parkway
Suite 100
Libertyville, IL 60048

Fitz Chemical Corporation
450 E. Devon Avenue
Suite 175
Itasca, IL 60143-1261

Flamingo Landscaping
850 S. McHenry Avenue
Crystal Lake, IL 60014

Home State Bank
40 Grant Street
Crystal Lake, IL 60014

J.C. Licht
24196 Network Place
Chicago, IL 60673

Kropp Equipment
1339 Yorkshire Drive
Streamwood, IL 60107

Nass, Dan
758 Old Barn Road
Barrington, IL 60010

Nexeo Solutions
16397 Collections Center Drive
Chicago, IL 60093

Occupational Health Centers
PO Box 488
Lombard, IL 60148-0488

Pacer
PO Box 912
Custer, SD 57730

Potters Industries
PO Box 90414
Chicago, IL 60696-0614

Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101-0600

Ralph Schwab & Schiever
175 East Hawthorn Parkway
Suite 356
Vernon Hills, IL 60061

Simmons, Trent
4208 Holleys Hill Street
Las Vegas, NV 89129

Tom Vigil
319 Bluff Court
Barrington, IL 60010

United Rentals
PO Box 100711
Atlanta, GA 30384

Van Fossan & Associates
321 W. Northwest Highway
Barrington, IL 60010

Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505

Dam, Snell & Taveirne
1512 Artaius Parkway
Suite 100
Libertyville, IL 60048

Graham Paint Company
PO Box 455
Bayonne, NJ 07002

Ira Mitzner
Dickstein Shapiro LLP
1825 Eye Street NW
Washington, DC 20006

IUBAC
620 F Street NW
Washington, DC 20004

OPCMIA - Local 362
PO Box 92871
Chicago, IL 60675

OPCMIA - Local 8
2535 Orthodox Street
Philadelphia, PA 19137

Stinson, Morrison Hecker
1150 18th Street N.W.
Suite 800
Washington, DC 20036-3845

The Garry Law Firm
850 S. McHenry Avenue
Unit B
Crystal Lake, IL 60014

Steven B. Towbin
321 N. Clark St.
Suite 800
Chicago, IL 60654

Westmont Interior Supply House
1030 Vandustrial Drive
Westmont, IL 60559

Patrick S. Layng, U.S. Trustee
219 South Dearborn St., Room 873
Chicago, IL 60604

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| FRESCO PLASTER FINISHES, INC., | ) | Case No. 11-22361 |
| | ) | |
| PALLADIO WALL SYSTEMS, INC. | ) | Case No. 11-22369 |
| | ) | |
| Debtors/Debtors-in-Possession | ) | JOINT ADMINISTRATION |
| | ) | |
| | ) | Chapter 11 |
| | ) | Honorable A. Benjamin Goldgar |

**MOTION OF DEBTORS, FRESCO PLASTER FINISHES, INC. AND PALLADIO
WALL SYSTEMS, INC. FOR ENTRY OF FINAL DECREE TO CLOSE CHAPTER 11 CASE**

NOW COME the Debtors/Debtors-in-Possession, FRESCO PLASTER FINISHES, INC. and PALLADIO WALL SYSTEMS, INC., by and through its attorney, Joel A. Schechter of the Law Offices of Joel A. Schechter, and move the Court for the entry of a final decree closing the Chapter 11 cases, and in support thereof, state as follows:

1. On May 26, 2011, the Debtors filed voluntary petitions pursuant to Chapter 11 of Title 11, U.S.C.

2. On September 12, 2012, an order was entered confirming the Agreed Joint Chapter 11 Plan of Reorganization ("Plan").

3. The Plan consists of four classes of claims and interests. Class 1 consists of the allowed, unsecured claim of Bricklayers & Trowel Trades International Pension Fund ("IPF"). Class 2 consists of the allowed, unsecured claims of all creditors other than IPF and the Class 3 claim of Daniel Nass ("Nass"), principal of the Debtors. Class 3 consists of the allowed, unsecured claim of Nass. Class 4 consists of the equity interest of Nass in the Debtors.

4. The Class 1 claim is to be repaid in the amount of 100% of the allowed claim, plus interest, in monthly installments of $5,870.55 over a period of forty-eight (48) months. The Class 2 claims are to be repaid in the amount of 100% of the allowed claims, without interest, in monthly installments, pro rata, of $2,475.32 over a period of forty-eight (48) months. The Class 3 claim is subordinate to Classes 1 and 2 and will not receive any distribution until Classes 1 and 2 are paid in full. The equity interests in the Debtors will remain in Nass.

5. Pursuant to Local Bankruptcy Rule 3022-1, the Debtors hereby allege that all payments required to be made pursuant to the Plan have been made and that the Debtors are current in the monthly obligations.

WHEREFORE, the Debtors, Fresco Plaster Finishes, Inc. and Palladio Wall Systems, Inc. pray the Honorable Court enter the final decree to close the cases and for such other and further relief as the Court may deem just and proper.

Respectfully submitted,

FRESCO PLASTER FINISHES, INC. &
PALLADIO WALL SYSTEMS, INC.

By:/s/ JOEL A. SCHECHTER
ITS ATTORNEY

Joel A. Schechter
Attorney No. 3122099
Law Offices of Joel A. Schechter
53 West Jackson Blvd, Suite 1522
Chicago, IL 60604
312-332-0267